## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REBECCA TWING** | : |
| **429 Cardinal Drive** | |
| **Front Royal, VA 22630** | : |
| | **Case No.:** |
| **Plaintiff,** | : |
| | |
| v. | : |
| | |
| **UNITED STATES OF AMERICA** | : |
| | |
| **Defendant.** | : |
| | |
| **SERVE:** | : |
| | |
| **The Honorable William Barr** | : |
| **Attorney General** | |
| **U.S. Department of Justice** | : |
| **950 Pennsylvania Avenue, NW** | |
| **Washington, DC 20530-0001** | : |
| | |
| **and** | : |
| | |
| **Jessie K. Liu** | : |
| **United States Attorney's Office** | |
| **for the District of Columbia** | : |
| **555 4th St NW** | |
| **Washington, DC 20530** | : |

### COMPLAINT

COMES NOW, Plaintiff Rebecca Twing, by counsel, and hereby brings this cause of action against Defendant UNITED STATES OF AMERICA and states as follows:

### JURISDICTION, VENUE, AND PARTIES

1. Jurisdiction of this Court over Defendant United States of America is invoked pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346(b) and §§ 2671, *et seq.*

2. Plaintiff Rebecca Twing is a resident of the Commonwealth of Virginia.

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

1

3.  The cause of this action arose in the District of Columbia, thus venue properly lies with this Court pursuant to 28 U.S.C. § 1402(b) and § 1391(e).

4.  Upon information, knowledge, and belief Defendant United States of America owned, operated, and maintained the parking area at the Smithsonian National Zoo at all times relevant hereto.

5.  Notice of Plaintiff's tort claims were received by the United States through its agency the Smithsonian Institution on or about April 26, 2018. Plaintiff's claims were denied by the Smithsonian Institution on October 24, 2018. Plaintiff now files this Complaint in compliance with the requirements under the Federal Tort Claims Act.

## **FACTS**

6.  Plaintiff incorporates by reference all other paragraphs of the Complaint as if fully alleged herein, and further alleges as follows:

7.  On the evening of May 6, 2016, Plaintiff attended an event at the Smithsonian National Zoo.

8.  At the end of the event, she attempted to walk back to her vehicle, parked in the Zoo parking lot.

9.  The Zoo Parking lot was dimly lit due do an absence of sufficient lighting and the obstruction of the lighting that was present by trees.

10. As Plaintiff walked to her car, her path was blocked by a fence.

11. Plaintiff was forced to navigate in the dark around the fence blocking her path.

12. The ground around the fence on which she was forced to walk was slippery, due to rain, and caused Plaintiff to slip and fell backwards and to the side. Plaintiff grabbed

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

2

the fence as she fell, but landed on her shoulder blades and back, jarring her head.

13. As a result of the fall, Plaintiff sustained serious and permanent bodily and serious cognitive injuries, including, but not limited to, injuries to her back, neck, head, shoulders, and hips. Plaintiff has experienced extreme pain, discomfort, and inconvenience as a result of this incident and her injuries have required extended medical care, as well as economic damages, including loss of income and loss of future income.

## COUNT I – Negligence – Defendant United State of America

14. Plaintiff incorporates by reference all other paragraphs of the Complaint as if fully alleged herein.

15. Defendant United States of America and its agents, employees and/or servants, including, but not limited to, its agency the Smithsonian Institute and its agents, employees and/or servants, had a duty to ensure that the parking lot had adequate lighting and to inspect the parking area to ensure that dangerous conditions – like the one caused by the wet slippery ground near the fence – did not exist on the premises, to ensure there was a safe path around the parking area, to ensure there was safe access to cars parked in the lot, and to ensure that the design of the parking lot was did not create a hazard to guests.

16. Defendant United States of America had notice of the dangerous condition; further, Defendant United States of America knew, or in the exercise of ordinary care should have known, that the parking area posted a danger to individuals walking to the parking lot.

17. Thus, Defendant United States of America had a duty to either remedy or warn Plaintiff of the dangerous condition.

18. Defendant United States of America breached its duty when it failed to

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

3

provide adequate lighting, remedy the hazard, provide sufficient warning of the hazard, or provide a reasonable alternate route to individuals such as the Plaintiff.

19. As a direct and proximate result of the negligence of Defendant United States of America, Plaintiff has suffered and will continue to suffer loss of cognitive function and significant mental pain and anguish; permanent injuries; has incurred medical expenses and will continue to incur medical expenses for medical and hospital care in connection with the incident; has incurred and will continue to incur lost wages; and has suffered and will continue to suffer the mental and physical pain and suffering and emotional distress associated with all of the above.

## **PRAYER FOR RELIEF**

WHEREFORE, for the foregoing reasons, Plaintiff respectfully demands judgment against Defendant, in the full and just amount of Ten Million Dollars ($10,000,000.00) plus costs and interest, along with any other relief this Court deems just and proper.

Respectfully submitted,

KOONZ, MCKENNEY, JOHNSON,
  DEPAOLIS & LIGHTFOOT, LLP

/s/     Justin M. Beall
Justin M. Beall, Esq.
2001 Pennsylvania Avenue, N.W., Suite 450
Washington, D.C. 20006
(202) 659-5500
(202) 785-3719 facsimile
jbeall@koonz.com
*Attorney for Plaintiff*

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

4

## JURY TRIAL DEMAND

Plaintiffs requests a jury trial on all counts against Defendant United States of America.

                                                   /s/    Justin M. Beall
                                                   Justin M. Beall, Esq.

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500