UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
REBECCA TWING,                      )
                                    )
              Plaintiff,            )
                                    )
       v.                           )   Civil Action No. 19-0902 (KBJ)
                                    )
UNITED STATES OF AMERICA,           )
                                    )
              Defendant.            )
_____)

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME**

Defendant, by and through undersigned counsel, respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of one week, until February 5, 2021, to file its memorandum in opposition to American Zurich Insurance Company's ("Zurich") motion to intervene (ECF No. 17) in this Federal Tort Claims Act ("FTCA") case. This is Defendant's first request for an extension of this deadline. As described in more detail below, there is good cause for this request. In support of this Motion, Defendant states as follows:

1. Plaintiff filed her Complaint on March 29, 2019. ECF. No. 1.

2. Defendant answered Plaintiff's Complaint on June 17, 2019 (ECF No. 5), and, after a period of discovery, Defendant moved for summary judgment on May 1, 2020. ECF No. 12. Summary judgment has been fully briefed in this matter since July 2, 2020. *See* ECF No. 15.

3. On January 19, 2021, over six months after summary judgment was fully briefed, Zurich filed a motion to intervene. ECF No. 17. Pursuant to the Court's Local Civil Rules, Defendant's memorandum in opposition would generally be due on February 2, 2021. *See* Local Civ. R. 7(b). The Court, however, ordered oppositions to be filed by January 29, 2021. Jan. 20, 2021, Minute Order.

4. There is good cause for the requested extension. Agency counsel assigned to this matter has been out of the office on parental leave since Zurich filed its motion. Defendant's undersigned counsel therefore requires additional time to coordinate with alternative agency counsel who is temporarily filling in for assigned agency counsel during his leave. Additionally, Defendant's undersigned counsel has five competing filing deadlines on January 29, 2021, and therefore requires additional time to complete a draft of Defendant's filing in this case.

5. This motion is being filed in good faith and not for purposes of gaining any unfair advantage through delay. The requested extension will not impact any deadlines currently set by the Court for this case, but would presumably delay Zurich's reply filing deadline by one week.

6. In accordance with Local Civil Rule 7(m), the undersigned contacted Plaintiff's counsel and Zurich's counsel by e-mail to learn their positions on this Motion. Both Plaintiff and Zurich consent to the relief sought in this motion.

WHEREFORE, Defendant respectfully requests that the Court extend the time for Defendant to file a memorandum in opposition to Zurich's motion to intervene, up to and including February 5, 2021.

A proposed order is attached.

Dated: January 26, 2021   Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: */s/ Diana V. Valdivia*
DIANA V. VALDIVIA
Assistant United States Attorney
D.C. Bar # 1006628
555 Fourth Street, N.W.

Washington, D.C. 20530
(202) 252-2545
diana.valdivia@usdoj.gov

*Counsel for Defendant*