UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| REBECCA TWING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-0902 (KBJ) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time this \_\_\_\_ day of _____ 2021, it is hereby **ORDERED** that Defendant's Motion should be and hereby is **GRANTED.** It is **FURTHER ORDERED** that Defendant shall file a memorandum in opposition to American Zurich Insurance Company's motion to intervene on or before February 5, 2021.

SO ORDERED.

_____
United States District Judge