**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF COLUMBIA**

| | |
|---|---|
| REBECCA TWING | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **v.** | :  **Case No.:  19-cv-0902 (KBJ)** |
| | : |
| UNITED STATES OF AMERICA, | : |
| | : |
| **Defendant.** | : |
| | : |

**PLAINTIFFS' RESPONSE TO INTERVENER'S**
**MOTION TO INTERVENE**

Plaintiff Rebecca Twing, by and through undersigned counsel, submits this Response to

Intervener American Zurich Insurance Company's Motion to Intervene as ordered by the Court,

Minute Order, January 20, 2021.

1.      Plaintiff Rebecca Twing neither objects nor consents to the relief requested by

Intervenor Plaintiff American Zurich Insurance Company.


Respectfully submitted,

KOONZ MCKENNEY JOHNSON &
 DEPAOLIS, L.L.P.

By: /s/ Justin M. Beall
        Justin M. Beall Esq. #502394
        Willow Wood Plaza 1
        10300 Eaton Place, Suite 200
        Fairfax, VA 22030
        (703) 218-4410
        (703) 218-4411 (fax)
        Jbeall@koonz.com
        *Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I DO HEREBY AFFIRM that, on the 29th day of January, 2021, a copy of the

foregoing Response to Intervener American Zurich Insurance Company's Motion to Intervene

was served via the Court's electronic filing system on the following:

Diana Valdivia, Esquire,
Assistant United States Attorney
Civil Division
555 4th Street NW
Washington, DC 20530
*Attorney for Defendant USA*

Michael B. Stevens (D.C. Bar No.:
Derrevere Stevens Black & Cozad
2005 Vista Parkway, Suite 210
West Palm Beach, FL 33411
*Attorney for American Zurich Insurance Company*

/s/ Justin M. Beall
Justin M. Beall, Esq.