# EXHIBIT B



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

_____

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.   20530*

July 29, 2019

**<u>Via E-mail</u>**
Lisa Widdecke, Senior Counsel
Accenture LLP
Litigation & Dispute Management
750 B Street, Suite 2820
San Diego, CA 92101
Email: lisa.widdecke@accenture.com

Nicole Saunders, Senior Counsel
Accenture Federal Services
Email: nicole.o.saunders@accenturefederal.com

Re:   *Twing v. United States*, **Civil Action No. 19-0902 (D.D.C.)**

Dear Counsel:

   As I notified you on May 30, 2019, the above-referenced lawsuit was filed by Accenture employee Rebecca Twing against the United States pursuant to the Federal Tort Claims Act in connection with an injury Ms. Twing allegedly sustained at the Smithsonian National Zoological Park on May 6, 2016, while attending an event co-hosted by Accenture.   Ms. Twing is seeking $10 million in damages.   A copy of the complaint filed by Ms. Twing is attached hereto as Exhibit A.

   The United States hereby formally requests indemnification from Accenture pursuant to the February 9, 2016, contract between the Smithsonian Institution, a trust instrumentality of the United States, and Accenture related to the May 6, 2016, event.   That agreement provides, in relevant part:

> Each of the Donor and its vendors must maintain appropriate insurance and indemnify and hold harmless the United States, the Smithsonian Institution, Smithsonian's National Zoological Park, and FONZ [Friends of the National Zoo], its agents and employees, from any and all claims, damages, or other liability arising out of its

use of the Smithsonian's facilities.

A copy of the February 9, 2016, contract is attached hereto as Exhibit B. The United States intends to enforce its rights pursuant to this contract.

The United States hereby requests the name of Accenture's insurer, and a copy of Accenture's relevant insurance policy.

The United States is represented in this matter by Assistant United States Attorney Diana V. Valdivia, who can be reached at 202-252-2545 or diana.valdivia@usdoj.gov.

                                              Very truly yours,

                                              JESSIE K. LIU
                                              United States Attorney

                                              DANIEL F. VAN HORN
                                              Civil Chief

                                                /s/ Diana V. Valdivia
                                              DIANA V. VALDIVIA
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              Civil Division
                                              555 Fourth Street, NW
                                              Washington, DC 20530
                                              (202) 252-2545
                                              diana.valdivia@usdoj.gov

Exhibits:
- *Twing v. United States* Complaint
- February 9, 2016, Contract