UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA TWING, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　*Plaintiff*, 　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　v. 　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>UNITED STATES OF AMERICA, 　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　*Defendant*. 　　　　　　)<br>　　　　　　　　　　　　　　　　　) | Civil Action No. 19-0902 (KBJ) |

## DECLARATION OF JAMIE HAYDEL

I, Jamie Haydel, hereby declare as follows pursuant to 28 U.S.C. § 1746.

1. I am employed as a Paralegal Specialist in the Smithsonian Institution's Office of General Counsel. I make this declaration based upon my personal knowledge. I make this declaration in support of Defendant's Opposition to Motion to Intervene (ECF No. 20).

2. By virtue of my position, I have access to records related to claims under the Federal Tort Claims Act ("FTCA") submitted to the Smithsonian Institution, and I am one of the custodians of records for the Office of General Counsel of the Smithsonian Institution.

3. I understand that American Zurich Insurance Company has filed a motion to intervene in the above-captioned lawsuit, *Twing v. United States*, No. 19-0902 (KBJ).

4. I have reviewed the files of FTCA claims submitted to the Smithsonian Institution. Based on this review, and to the best of my knowledge, the Smithsonian has no record that American Zurich Insurance Company or Accenture LLP/Accenture Federal Services have filed a claim for injury or damages under the FTCA with the Smithsonian.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: February 3, 2021
Washington, D.C.

By: *[signature]*
Jamie Haydel
Paralegal Specialist
Smithsonian Institution