UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBECCA TWING, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Civil Action No. 19-0902 (KBJ) |
| UNITED STATES OF AMERICA, | ) ) ) |
| *Defendant*. | ) ) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of American Zurich Insurance Company's motion to intervene, Defendant's opposition, and the entire record, it is hereby

ORDERED that American Zurich Insurance Company's motion is DENIED.

_____          _____
Date                                                               United States District Judge